```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs. __GREGORY LAMONT WILKERSON__ CASE NO. __3:97-cr-00088-JMF__
Defendant: X_ Present X_ In Custody

BEFORE THE HONORABLE:             JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:            ROBIN M. CARTER

UNITED STATES' ATTORNEY:          KAREN LOEFFLER

DEFENDANT'S ATTORNEY:             M.J. HADEN - APPOINTED

U.S.P.O.:                         MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 4/7/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:31 p.m. court convened.

X_ Copy of petition given to defendant; read.

X_ Defendant sworn.

X_ Defendant advised of general rights, charges and penalties.

X_ Financial Affidavit **FILED.**
   X_ Federal Public Defender accepted appointment; FPD notified.

X_ PLEAS: Denials entered as to allegations 1-13 of the petition.

X_ Consent to be filed by **4/10/06** or case shall be transferred to
   a U.S. District Judge.

X_ Order Setting Conditions of Release **FILED**.

X_ Release Order **SIGNED.**

X_ OTHER: Parties request disposition hearing to be held within
3 weeks.

At 3:50 p.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to
U.S. Marshal's Service; one copy forwarded to docketing.

DATE: April 7, 2006            DEPUTY CLERK'S INITIALS:   rc