IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Gregory Lamont Wilkerson

CASE NO: 3:97-cr-00088-JMF

---

Defendant Gregory Lamont Wilkerson,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_ Released to _____, the third party custodian(s).

\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court.

\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court.

\_\_\_\_ Surrendered passport to the Clerk of Court.

✓ Other: Own Recognizance

Dated at Anchorage, Alaska this 7 day of April, 2006

REDACTED SIGNATURE

JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal