DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone: (907) 271-5071
fax: (907) 271-1500
email: crandon.randell@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:97-cr-00088 JMF-JDR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION FOR ARREST** |
| | ) | **WARRANT ON** |
| GREGORY L. WILKERSON, | ) | **SHORTENED TIME** |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through its counsel, and submits this motion for an Arrest Warrant on Shortened Time. This motion is accompanied and supported by an affidavit of counsel.

Respectfully Submitted this 21st day of April, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Crandon Randell
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone: (907) 271-5071
fax: (907) 271-1500
email: crandon.randell@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2006,
a copy of the foregoing was served
electronically on:

MJ Haden

s/ Crandon Randell