DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone: (907) 271-5071
fax: (907) 271-1500
email: crandon.randell@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No 3:97-cr-00088-JMF-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| GREGORY L. WILKERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

After due consideration of the Motion for Arrest Warrant, on Shortened Time, that motion is hereby GRANTED/DENIED.

DATED this ____ day of April, 2006, at Anchorage, Alaska.

_____
U.S. Magistrate Judge