DEBORAH M. SMITH
Acting United States Attorney

CRANDON RANDELL
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Ave., Room C-252
Anchorage, Alaska 99513
Phone: (907) 271-5071
fax: (907) 271-1500
email: crandon.randell@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No 3:97-cr-00088-JMF-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | AFFIDAVIT OF |
| v. | ) | CRANDON RANDELL |
| | ) | |
| GREGORY L. WILKERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| STATE OF ALASKA | ) | |
| | ) ss. | |
| THIRD JUDICIAL DISTRICT | ) | |

CRANDON RANDELL, being first duly sworn upon oath, deposes and states:

1. That I am government counsel in the above-entitled action;

2. That on April 7, 2006, at an initial appearance hearing on a

petition for warrant or summons for offender under supervised release, defendant was released on his "own recognizance";

3. That defendant, according to the petition, commenced Supervised Release on August 19, 2005;

4. That the petition sets forth allegations that defendant submitted thirteen hot tests (positive) for marijuana between August 23, 2005 and April 3, 2006;

5. That affiant was informed that WILKERSON, following his initial appearance on petition, failed to report for drug testing on April 18, 2006;

6. That affiant was informed that defendant tested positive for marijuana on April 20, 2006, and admitted that he failed to report on April 18, because he continues to "smoke marijuana";

7. That, for these reasons, the government requests the issuance of a warrant of arrest.

FURTHER YOUR AFFIANT SAYETH NOT.

_____
CRANDON RANDELL

SUBSCRIBED AND SWORN to before me on this 21st day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 10/26/2007

U.S. v. GREGORY L. WILKERSON
No 3:97-cr-00088-JMF-JDR                 2