# United States District Court
### for the
# DISTRICT OF ALASKA

RECEIVED
APR 2 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA**　)<br>　)<br>vs.　)<br>　)<br>Gregory Wilkerson　) | Case Number: A97CR0088<br><br>**WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

　　YOU ARE HEREBY COMMANDED to arrest Gregory Wilkerson and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with 13 violations of his term of supervised release.

**REDACTED SIGNATURE**
James M. Fitzgerald
Senior U.S. District Court Judge

April 5, 2006
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at: US Probation.

| Date Received: 4/7/06 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 4/7/06 | John Olson DUSM | |