DEBORAH M. SMITH
Acting United States Attorney

KAREN LOEFFLER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, Room 253, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: karen.loeffler@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                       )<br>                    Plaintiff,    )<br>                                                       )<br>vs.                                                 )<br>                                                       )<br>GREGORY WILKERSON           )<br>                                                       )<br>                    Defendant.  )<br>                                                       ) | No. 3:97-cr-88<br><br>**NOTICE TO END<br>ELECTRONIC SERVICE** |

COMES NOW the United States of America, by and through counsel, and

hereby requests that the Court no longer serves pleadings in the above-captioned

case on Karen Loeffler, Asst. U.S. Attorney.  Crandon Randell, Assistant U.S.

Attorney, is now appearing for the United States in this matter.

RESPECTFULLY SUBMITTED this <u>24th</u> day of January, 2006 at

Anchorage, Alaska

> DEBORAH M. SMITH
> United States Attorney
>
> <u>s/ Karen Loeffler</u>
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: karen.loeffler@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2006,
a copy of the foregoing was served
electronically on MJ Hadden

<u>s/ Karen Loeffler</u>