AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA



| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
|---|---|
| V. | CASE NUMBER: 3:97-cr-00088-JMF-JDR |
| GREGORY L. WILKERSON | |

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Gregory L. Wilkerson and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[ ] Indictment   [ ] Information   [ ] Complaint   [XX] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense): Failure to report for drug testing on April 18, 2006; positive test for the use of marijuana on April 20, 2006.

in violation of Title  United States Code, Section(s)

| Ida Romack | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| by **REDACTED SIGNATURE**  Deputy Clerk | April 24, 2006 Anchorage, AK |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ to be determined        by Magistrate Judge John D. Roberts

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: Anchorage AK

| DATE RECEIVED 4/24/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 12/28/06 | John Olson, DUSM | |