MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. GREGORY WILKERSON              CASE NO. 3:97-cr-00088-JWS
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         APRIL KARPER

UNITED STATES ATTORNEY:        CRANDON RANDELL

DEFENDANT'S ATTORNEY:          M.J. HADEN

U.S.P.O.:                      MICHAEL PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON WARRANT OF ARREST RE ORDER AT
             DOCKET 139 HELD DECEMBER 29, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:01 p.m. court convened.

 X Defendant advised of general rights.

 X Defendant states true name: Same as above.

 X Matter to be referred to U.S. District Judge for Evidentiary
   Hearing; plaintiff unavailable on **January 3, 2007**; defendant
   unavailable on **January 11, 2007.**

 X Detention uncontested. Order of Detention Pending Trial **FILED**.

At 3:05 p.m. court adjourned.

DATE:     December 29, 2006     DEPUTY CLERK'S INITIALS:    amk