M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GREGORY WILKERSON,<br><br>　　　　　　Defendant. | Case No. 3:97-cr-0088-JWS<br><br>UNOPPOSED MOTION TO CONTINUE EVIDENTIARY/DISPOSITION HEARING<br>(On shortened time) |

　　　　Defendant, Gregory Lamont Wilkerson, by and through counsel M. J. Haden, Assistant Federal Defender, moves this court on shortened time for a two week continuance of the evidentiary/disposition hearing scheduled for Wednesday, January 10, 2007.

　　　　In its order of January 5, 2007, the court scheduled Mr. Wilkerson's evidentiary hearing on the petition to revoke supervised release for Wednesday, January 10, 2007.  The court ordered that the disposition hearing would immediately follow, if necessary.  Mr. Wilkerson intends to admit the allegations in the petition; therefore, an evidentiary hearing will not be necessary.  However, Mr. Wilkerson needs additional time

to gather additional information prior to going to disposition. A two week continuance will allow Mr. Wilkerson adequate time to prepare for the disposition hearing. Mr. Wilkerson currently is in custody.

In order to promote judicial economy, Mr. Wilkerson requests that both the change of plea and disposition hearing be continued. Assistant United States Attorney Crandon Randell is unopposed to this motion.

DATED this 8th day of January, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No.0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 8, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ M. J. Haden