M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY WILKERSON,<br><br>    Defendant. | Case No. 3:97-cr-0088-JWS<br><br>**NOTICE OF INTENT TO ADMIT** |

    Defendant, Gregory Lamont Wilkerson, by and through counsel M. J. Haden, Assistant Federal Defender, hereby notifies the court of his intention to admit the allegations contained in the petition to revoke probation filed at Docket No. 129 in the above-styled case. Thus, an evidentiary hearing will not be necessary. In a separate motion, Mr. Wilkerson has requested that the combined change of plea and disposition hearing be continued from January 10, 2007, for two weeks to allow Mr. Wilkerson time to prepare for the disposition hearing.

DATED this 8th day of January, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No.0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on January 8, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

/s/ M. J. Haden