UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GREGORY LAMONT WILKERSON,<br><br>　　　　　Defendant. | Case No. 3:97-cr-0088-JWS<br><br><br>**ORDER CONTINUING<br>EVIDENTIARY/DISPOSITION HEARING** |

　　　　　After due consideration of defendant's Motion on Shortened Time, the court GRANTS the motion.

　　　　　After due consideration of defendant's Unopposed Motion to Continue the Evidentiary/Disposition Hearing, the court GRANTS the motion. The hearing in the above styled case currently set for January 10, 2007, at 9:00 a.m. is hereby rescheduled for **February 5, 2007, at 3:00 p.m.**

　　　　　DATED January 9, 2007 in Anchorage, Alaska.

　　　　　　　　　　　　　　　　　　　　　　　　s/ John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge