M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>GREGORY LAMONT WILKERSON,<br><br>        Defendant. | Case No. 3:97-cr-0088-JWS<br><br>**DEFENDANT'S DISPOSITION MEMORANDUM** |

       Defendant, Gregory Lamont Wilkerson, by and through counsel M. J. Haden, Assistant Federal Defender, submits the following disposition memorandum to aid the court at the disposition hearing scheduled to follow Mr. Wilkerson's admissions to the allegations in the petition to revoke supervision filed at Docket No. 129.

       Mr. Wilkerson will be requesting the following disposition:

- Revoke his supervised release;

- Sentence of time served since December 28, 2007;

- Place him on a new term of supervision for a period of 24 months, with the special condition that he participate in a 90-day inpatient drug treatment program.

Mr. Wilkerson's violation are based solely on marijuana use.  Mr. Wilkerson readily admits that he has struggled with an addiction to marijuana and alcohol all his life, with his earliest use at the age of eight.  He has participated in several treatment programs, both in-patient and out-patient.  Although Mr. Wilkerson found it difficult to adjust to living free in society, through these treatment programs, he was able to demonstrate a desire and ability to remain drug free.  However, the stress and complications of living a free life would overwhelm him and eventually he would relapse, loose hope, and return to using.

Prior to his current period of supervision, Mr. Wilkerson reported that he had never held any legitimate employment.  However, following his release from prison in this case, he has held several bonafide jobs.  He worked at New Sagaya Market from March 2005 through August 2005.  Following his job at the Market, he also maintained employment at the Alaska Club for approximately six months.  In addition, he worked for his family's business, International Services, cleaning the Spenard Recreational Center.  During his period of supervision, Mr. Wilkerson worked hard to lead a crime free, productive life.  However, he could not overcome his addiction to marijuana.

His last drug treatment was an out-patient treatment program through RITE, Inc.  His records from RITE show Mr. Wilkerson's desire to transform his behavior into a long-term sober lifestyle.  Attachment A.  The progress reports stress that Mr. Wilkerson was eager to learn new tools to apply to overcoming his addiction. During February 2006, Mr. Wilkerson requested that his individual sessions be increased.  His counselor reported that "[h]e appears motivated to staying clean and being a good father and partner."  His progress report from March 2006 states that he "talked about how much having a baby has changed his life and his perspective . . . He appears to want to put his using days behind him and concentrate on the responsibilities of being a husband and father."

From mid-January through April 3, 2006, Mr. Wilkerson remained clean. He completed his Core Group sessions and expressed a desire to continue individual sessions. Even though he had managed to stay clean for approximately four months, in April he used marijuana. Following a positive UA on April 3, 2006, a petition to revoke was filed. Mr. Wilkerson lost confidence in his recovery, stopped going to counseling, and returned to using. However, his desire to turn his life around and be a responsible father is still within him. His family supports him in his desire to seek additional treatment. Attachment B. He asks this court to provide him with additional resources to try again to kick his drug habit once and for all.

Conditions of supervision must be reasonably related to the factors set forth in 18 U.S.C. § 3553. One of those factors is to "provide the defendant with needed education or vocational training, medical care, or other correctional treatment in the most effective manner." § 3553(a)(1)(D). Here, Mr. Wilkerson submits that his treatment concerns will not be met by continued incarceration. He continues to desire treatment rather than being warehoused and made to return to society to face the exact same issues he faced before serving any period of incarceration. He needs the assistance of professional, in-patient counseling to break the cycle of his drug dependency that leads him astray of a law abiding lifestyle. Thus, for all the reasons stated above, Mr. Wilkerson respectfully requests that the court revoke his supervised release, sentence him to time served, and place him on a new 24 month term of supervision with the special condition that he participate in a 90 day in-patient drug treatment program.

///

///

DATED this 1st day of February, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 1, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Crandon Randell, Esq.

and a copy was hand delivered to:

Probation Officer Michael Pentangelo

/s/ M. J. Haden