

# RITE, Inc.

307 E. No. Lts. Blvd., #201
Anchorage, AK 99503
Tel – 907-562-7483
Fax – 907-561-3274

## Client Report

| | | | |
|---|---|---|---|
| **Client Name** | Gregory Wilkerson | | |
| **Mailing Address** | 705 Muldoon Rd. #49<br>Anchorage, AK | **Physical Address** | same |
| | | **Client Phone** | 230-3318 |
| **DOB** 6/5/73 | **Age** 32 | **Screening Date** | **File #** |
| **Referred By** | U. S. Probation/Pretrial<br>222 West 7th Avenue, #48<br>Anchorage, AK 99513-7562 | **PO:** Mike Pentagelo<br>**PACTS #:** 1223 | |
| **Referral Phone** | 271-4166 | **Referral Fax** | 271-3060 |
| **DSM IV Diagnosis** | 304.30 Cannabis Dependence | | |
| **ASAM PPC – 2 Level** | II.1, I, I, I, II.1, I | | |
| **SASSI Score** | High probability of substance dependence disorder | | |
| **Recommendation** | Outpatient Treatment with Continued Care Provisional | | |

**Supporting Information**

Mr. Wilkerson is a 32 year-old African-American male. He was dressed casually but appropriately for the assessment and was alert and oriented to the process. No abnormal ideation was detected or described, but his affect did appear flattened throughout the interview. His judgment, insight, and intelligence appeared average. He denied any suicidal or homicidal ideation.

The client reported his most recent 3 charges were in '97 for distribution of cocaine. His record also shows that prior to this he also has 1 felony and 5 misdemeanors from '92 to '84. The record also states he has never held legal employment. Mr. Wilkerson stated he has been in jail for the last 8 years. He now resides with his girlfriend and is working in the family business providing sanitation services.

Mr. Wilkerson shared that he has been out of jail or the halfway house since 6/05. He started using marijuana shortly after this and this is causing issues with his probation. He shared he quit using marijuana 8 days prior to the assessment and had been using pot about 2 times per week. He stated he is willing to quit in order to make his probation go better. He also expressed interest in alternative and healthy ways to find fulfillment besides drugs. He said he wants to make a new start in his life. Mr. Wilkerson shared that he has not used alcohol since having one 40 ounce

beer in 6/05. This was after leaving the halfway house. He stated that after a period from ages 16 to 18 he has not found alcohol significantly appealing. Wilkerson stated he has used cocaine only about 5 times in his life because of how he does not like the stimulating effects of it.

Due to Mr. Wilkerson seeking treatment from the beginning of the interview and due to him already beginning his abstinence, he is a good candidate for outpatient treatment. Continued care is likely to be recommended in order to encourage a long-term sober lifestyle.

**Follow Up**       Mr. Wilkerson is to make an intake appointment and begin his treatment as soon as is reasonably possible.

Respectfully,

Ben May, MS, LPC                                  Date of this report: October 4, 2005

This notice accompanies a disclosure of information concerning a client in alcohol/drug abuse treatment, made to you with the consent of such client. This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.



*RITE, Inc.*
*307 E N. Lights #201*
*Anchorage, AK 99503*

Contract # 097-04-A002

# TREATMENT WORKSHEET for RECOMMENDED SERVICES FOR U.S. PROBATION CLIENTS

Name of Client:   Gregory Wilkerson

PACTS #:   1223

Counselor:   Ben A. May, MS, LPC

Date:   October 5, 2005

| Service | Fed Prob Code | Actual Length | Units |
|---|---|---|---|
| Initial session to begin treatment | 2010 | 1 hour (2 units x 1) | 2 |
| Individual sessions every other week for a minimum of 3 total. | 2010 | 1 hour (2 units x 3) | 6 |
| Core groups, 11 | 2020 | 2 hours (4 units x 11) | 44 |
| Focus Groups, 2 | 2020 | 1.5 hours (3 units x 2) | 6 |
| Men's groups, 5 | 2020 | 1 hour (2 units x 5) | 10 |
| Education Class | 2020 | 6 hours (2 units x 6) | 12 |
| Discharge Session | 2010 | 1 hour (2 units x 1) | 2 |
| **TOTAL GROUP UNITS** | | | 10 |
| **TOTAL INDIVIDUAL UNITS** | | | 72 |

**NOTE:** Client is likely to be recommended for continued care after the above requirements are met. A second treatment worksheet will be supplied if this occurs.

| PROB 46 (1/86) | MONTHLY TREATMENT REPORT | This form must be completed and submitted with each monthly billing. Additional sheets may be used. |
|---|---|---|

| 1. PROGRAM RIFE, INC | 2. CONTRACT NUMBER 097-04-A002 | 2a. FUND CONTROL NUMBER |
|---|---|---|

| 3. CLIENT GREG WILKERSON | 4. FOR PERIOD COVERING 9/1/05 to 9/30/05 |
|---|---|

| 5. PHASE | 5a. TIME IN PHASE | 6. PRETRIAL CLIENT ☐ Yes ☐ No | 7. CLIENT EMPLOYED: ☒ Yes ☐ No ☐ Student ☐ Other |
|---|---|---|---|

### 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (Identify all Stalls/No shows) |
|---|---|---|---|
| 9/29/05 | Assessment | 1 hr | substance abuse screening |

### 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled Yes | Scheduled No | Sample Not Tested Insuf. Qty. | Sample Not Tested Stall | Drug Use Admitted No | Drug Use Admitted Yes (specify Dr.) | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS | Tests Neg. |
|---|---|---|---|---|---|---|---|---|---|---|

### 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

Client has been recommended for OP treatment. He appears eager for new tools for sobriety

SIGNATURE OF COUNSELOR: [signature] MS, LPC    DATE: 10/3/05

United States v. Wilkerson
Case No. 3:96-cr-00088-JWS
Exhibit A
Page 4 of 11

COPY 1 – ORIGINAL

PROB 46 (1/86)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

1. PROGRAM: RITE INC
2. CONTRACT NUMBER: 097-04-A002
2a. FUND CONTROL NUMBER:
3. CLIENT: GREGORY WILKERSON
4. FOR PERIOD COVERING: 10/1/05 to 10/31/05
5. PHASE:
5a. TIME IN PHASE:
6. PRETRIAL CLIENT: ☐ Yes ☐ No
7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student ☐ Other

## 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (Identify all Stalls/No shows) |
|---|---|---|---|
| 10/11/05 | 2010 Indiv | 1 hr | Initial Follow up |

## 9. URINE TESTING RECORD

| Date Collected | Scheduled Yes | Scheduled No | Sample Not Tested Insuf. Qty. | Sample Not Tested Stall | Drug Use Admitted No | Drug Use Admitted Yes (specify Dr.) | Collected By | Special Tests Requested | Test Results | Tests Neg. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

(stamp: 2005 NOV 15 AM 11:01 US Probation PTS Anchorage, Alaska)

## 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

Gregory has not made any appointment since his follow-up appt. He reported he is having trouble quitting marijuana. He may need an increased level of treatment.

SIGNATURE OF COUNSELOR: [signature] MS, LPC
DATE: 11/10/05

United States v. Wilkerson
Case No. 3:96-cr-0088-JWS
Exhibit A
Page 5 of 11

COPY 1 – ORIGINAL

PROB 46 (1/86)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

**1. PROGRAM**
RITE, Inc

**2. CONTRACT NUMBER**
097-2005-A002

**2a. FUND CONTROL NUMBER**

**3. CLIENT**
Gregory Wilkerson

**4. FOR PERIOD COVERING**
11/1/05 to 11/30/05

**5. PHASE** | **5a. TIME IN PHASE** | **6. PRETRIAL CLIENT** ☐ Yes ☐ No | **7. CLIENT EMPLOYED:** ☐ Yes ☐ No ☐ Student ☐ Other

### 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (Identify all Stalls / No shows) |
|---|---|---|---|
| 11/16/05 | 2010 Individual | 1 hour | Individual Therapy Session |
| 11/17/05 | 2020 Group | 2 hours | CORE GROUP |

### 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled Yes | Scheduled No | Sample Not Tested Insuf.Qty | Sample Not Tested Stall | Drug Use Admitted No | Drug Use Admitted Yes spcfy DR | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS | Tests Neg. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

Client has been abstinent from marijuana for a short period of time twice. Otherwise he has been using intermmittently. He admitted to using this last weekend (12/3/05). Client does not seem to be able or willing to avoid substance use. A more structured environment such as a halfway house or residential treatment is recommended.

**SIGNATURE OF COUNSELOR**
_[signature]_ MS, LPC

**DATE**
December 5, 2005

| PROB 46 (1/86) | | |
|---|---|---|
| **MONTHLY TREATMENT REPORT** | This form must be completed and submitted with each monthly billing. Additional sheets may be used. | |

| 1. PROGRAM | 2. CONTRACT NUMBER | 2a. FUND CONTROL NUMBER |
|---|---|---|
| RITE, Inc | 097-2005-A002 | |

| 3. CLIENT | 4. FOR PERIOD COVERING |
|---|---|
| **Gregory Wilkerson** | 12/1/05 to 12/31/05 |

| 5. PHASE | 5a. TIME IN PHASE | 6. PRETRIAL CLIENT | 7. CLIENT EMPLOYED: |
|---|---|---|---|
| | | ☐ Yes  ☐ No | ☒ Yes  ☐ No  ☐ Student  ☐ Other |

### 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (Identify all Stalls / No shows) |
|---|---|---|---|
| 12/8/05 | 2020 Group | 2 hours | CORE GROUP |
| 12/15/05 | 2020 Group | 2 hours | CORE GROUP |

### 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled Yes | Scheduled No | Sample Not Tested Insuf.Qty | Sample Not Tested Stall | Drug Use Admitted No | Drug Use Admitted Yes spcfy DR | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS | Tests Neg. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

Greg attended 2 core groups in December. During this time, he was moved to a halfway house by his PO in order to get control of his substance use. He also had inconsistent attendance and so he has been asked to restart with his core groups. He attended the beginning of this new group on 1/3/06.

| SIGNATURE OF COUNSELOR | DATE |
|---|---|
| [signature], MS, LPC | January 5, 2006 |

| PROB 46 (1/86) | | | |
|---|---|---|---|
| **MONTHLY TREATMENT REPORT** | | This form must be completed and submitted with each monthly billing. Additional sheets may be used. | |

| 1. PROGRAM | 2. CONTRACT NUMBER | 2a. FUND CONTROL NUMBER |
|---|---|---|
| RITE, Inc | 097-04-A002 | |

| 3. CLIENT | 4. FOR PERIOD COVERING |
|---|---|
| Gregory Wilkerson | January 1 – January 31, 2006 |

| 5. PHASE | 5a. TIME IN PHASE | 6. PRETRIAL CLIENT ☐ Yes ☐ No | 7. CLIENT EMPLOYED: ☐ Yes ☐ No ☐ Student ☐ Other |
|---|---|---|---|

### 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (Identify all Stalls / No shows) |
|---|---|---|---|
| 1/3/06 | 2020 Group | 2 hours | CORE GROUP |
| 1/6/06 | 2010 Individual | 1 hour | Individual Therapy Session |
| 1/10/06 | 2020 Group | 2 hours | CORE GROUP |
| 1/17/06 | 2020 Group | | Excused. Will need to make up |
| 1/24/06 | 2020 Group | 2 hours | CORE GROUP |
| 1/25/06 | 2010 Individual | 1 hour | Individual Therapy Session |
| 1/31/06 | 2020 Group | 2 hours | CORE GROUP |

*(Stamped: 2006 FEB 13 AM 11:42 US Probation PTS Anchorage Alaska)*

### 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled Yes | No | Sample Not Tested Insuf.Qty | Stall | Drug Use Admitted No | Yes spcfy DR | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS | Tests Neg. |
|---|---|---|---|---|---|---|---|---|---|---|

### 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

Gregory has been attending his groups and individual sessions. He decided at the first individual session with me on 1/6/06 that he would like to see me twice a month for awhile. This would require an amended Prob 45 with additional 2010 units. He has been seen the authorized three sessions. I would respectfully request an additional eight units for four more meetings. He appears to be motivated to staying clean and being a good father and partner. He seems to have a problem getting his homework done for his classes. He sometimes does the readings.

| SIGNATURE OF COUNSELOR | DATE |
|---|---|
| *Mary Ellen McGlothlen* | February 8, 2006 |

United States v. Wilkerson
Case No. 3:96-cr-0088-JWS

Exhibit A
Page 8 of 11

PROB 46 (1/86)

# MONTHLY TREATMENT REPORT

This form must be completed and submitted with each monthly billing. Additional sheets may be used.

| 1. PROGRAM | 2. CONTRACT NUMBER | 2a. FUND CONTROL NUMBER |
|---|---|---|
| RITE, Inc | 097-04-A002 | |

| 3. CLIENT | 4. FOR PERIOD COVERING |
|---|---|
| Gregory Wilkerson | February 1 – 28, 2006 |

| 5. PHASE | 5a. TIME IN PHASE | 6. PRETRIAL CLIENT | 7. CLIENT EMPLOYED: |
|---|---|---|---|
| | | ☐ Yes  ☒ No | ☒ Yes  ☐ No  ☐ Student  ☐ Other |

### 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (Identify all Stalls / No shows) |
|---|---|---|---|
| 2/7/06 | 2020 Group | 2 hours | CORE GROUP |
| 2/14/06 | 2020 Group | | Excused. Called in sick. He will need to make up the group. |
| 2/21/06 | 2020 Group | 2 hours | CORE GROUP |
| 2/22/06 | 2010 Individual | 1 hour | Individual Therapy Session |
| 2/2806 | 2020 Group | 2 hours | CORE GROUP |

### 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled Yes | Scheduled No | Sample Not Tested Insuf.Qty | Sample Not Tested Stall | Drug Use Admitted No | Drug Use Admitted Yes spcfy DR | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS | Tests Neg. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

Greg attends his groups and participates. He came to an individual session on 2/22 and talked about how much having a baby has changed his lfe and his perspective. He identifed that the most important step he has taken to stay clean was to disassociate himself from his old crowd. He appears to want to put his using days behind him and concentrate on the responsibilities of being a husband and father.

| SIGNATURE OF COUNSELOR | DATE |
|---|---|
| [signature] | March 3, 2006 |

United States v. Wilkerson
Case No. 3:96-cr-0088-JWS

Exhibit A
Page 9 of 11

| PROB 46 (1/86) | MONTHLY TREATMENT REPORT | This form must be completed and submitted with each monthly billing. Additional sheets may be used. | |
|---|---|---|---|
| 1. PROGRAM<br>**RITE, Inc** | | 2. CONTRACT NUMBER<br>**097-04-A002** | 2a. FUND CONTROL NUMBER |
| 3. CLIENT<br>**Gregory Wilkerson** | | 4. FOR PERIOD COVERING<br>March 1 – March 31, 2006 | |
| 5. PHASE | 5a. TIME IN PHASE | 6. PRETRIAL CLIENT ☐ Yes ☒ No | 7. CLIENT EMPLOYED: ☒ Yes ☐ No ☐ Student ☐ Other |

### 8. CONTACTS SINCE LAST REPORT

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (Identify all Stalls / No shows) |
|---|---|---|---|
| 3/7/06 | 2020 Group | 2 hours | CORE GROUP |
| 3/9/06 | 2010 Individual | .5 hour | Individual Therapy Session |
| 3/14/06 | 2020 Group | 2 hours | CORE GROUP |
| 3/23/06 | 2010 Individual | .5 hour | Individual Therapy Session |

### 9. URINE TESTING RECORD

| DATE COLLECTED | Scheduled Yes | Scheduled No | Sample Not Tested Insuf.Qty | Sample Not Tested Stall | Drug Use Admitted No | Drug Use Admitted Yes spcfy DR | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS | Tests Neg. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### 10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS

Greg completed his Core Groups this month and reports that he is having no thoughts about using drugs. He is concentrating on being a good father and partner. He wants to continue individual sessions for Continued Care. This works the best for Greg because he is more open and feels more comfortable in individual sessions than in groups. He said he is also seeing another counselor weekly. Greg is steady and committed to improving himself and his ability to provide for his family. He scheduled another appointment for April 11.

| SIGNATURE OF COUNSELOR<br>*Mary Ellen McGlothlin* | DATE<br>March 24, 2006 |
|---|---|

| PROB 46 (1/86) | **MONTHLY TREATMENT REPORT** | | This form must be completed and submitted with each monthly billing. Additional sheets may be used. | |
|---|---|---|---|---|
| 1. PROGRAM **RITE, Inc** | | | 2. CONTRACT NUMBER **097-04-A002** | 2a. FUND CONTROL NUMBER |
| 3. CLIENT **Gregory Wilkerson** | | | 4. FOR PERIOD COVERING **April 1 – April 30, 2006** | |
| 5. PHASE | 5a. TIME IN PHASE | 6. PRETRIAL CLIENT ☐ Yes ☒ No | 7. CLIENT EMPLOYED: ☒ Yes ☐ No ☐ Student ☐ Other | |

**8. CONTACTS SINCE LAST REPORT**

| a. Date | b. Service (Name & No.) | c. Length of Contact | d. Comments (Identify all Stalls / No shows) |
|---|---|---|---|
| 4/11/06 | | | Greg missed 1-1. I called Mike to ask if he knew why. Greg called 20 minutes after the hour to say he didn't have a babysitter. He admitted to using marijuana. He rescheduled appointment for 4/17. |
| 4/17/06 | 2010 Individual | 1 hour | Individual Therapy Session |
| 4/21/06 | 6026 MH Group Cou[n] | 2 hours | DBT Group |

**9. URINE TESTING RECORD**

| DATE COLLECTED | Scheduled Yes / No | Sample Not Tested Insuf.Qty / Stall | Drug Use Admitted No / Yes spcfy DR | COLLECTED BY | SPECIAL TESTS REQUESTED | TEST RESULTS | Tests Neg. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**10. COMMENTS REGARDING CLIENT'S TREATMENT PROGRESS**

There were a lot of ups and downs, mostly downs this month. He used marijuana early in the month and admitted it. We talked about it at his individual session on 4/17. He realized that it could cost him 6 months of his son's life and said he was doing everything to not make it worse, but he hadn't informed his fiance yet. He asked about joining another group and we put him in DBT the following Friday. He attended the group as planned, but he missed an appointment the following Monday, the 24th. I called him and he said he got caught up in his other job for his brother. He said he wanted to give that job up and rescheduled for two days later. The next day, Mike told me he had been missing UA's and avoiding Mike's phone calls. He missed the appointment on 4/26. There has been no further contact by the client. His cell phone is not working.

| SIGNATURE OF COUNSELOR Mary Ellen McGlothlin, MS, LPC | DATE May 2, 2006 |
|---|---|

Exhibit A
Page 11 of 11

United States v. Wilkerson
Case No. 3:96-cr-0088-JWS