January 30, 2007

Your honor, I am writing to ask you to consider substance abuse treatment or supervised release rather than incarceration for Greg Wilkerson. Greg is a good father to our thirteen Month old son, they have a strong bond and I believe it's very important for a young boy To have a father figure.

Greg has a good employment history and always helped financially with our son while he was working. I have struggled being the sole provider since he violated his probation. I am not going to make any excuses for him or his substance abuse. I understand that he is responsible for his own actions, however he does have family support and I know he can Be a productive member of society if given the chance.

Thank you for your time and once again I hope you consider my family's request.

Leanne Chatfield

*Leanne Chatfield* (signature)

To The Honorable Judge

My name is Yinka Sabree. I am the Mother of Gregory Wilkerson.

Your Honor, I send this letter before the Court asking that My Son Gregory Wilkerson be placed in an in house drugs and Alcohol Counseling program. I beleive this is what will help him most. Gregory was working two jobs, saving money, and was dealing with is sixteen year old daughter until he start drinking and drugging. I do not beleive that he is a danger to our Community. I beleive that a treatment program will help him to get back into the Community and start taking care of his two children.

Thank You Your Honor
From Yinka Sabree
1-31-07