```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. <u>GREGORY WILKERSON</u>       CASE NO. <u>3:97-cr-00088-JWS</u>
Defendant: <u>X</u> Present <u>X</u> In Custody

BEFORE THE HONORABLE: <u>         JOHN W. SEDWICK                    </u>

DEPUTY CLERK/RECORDER: <u>        APRIL KARPER                       </u>

UNITED STATES' ATTORNEY: <u>      CRANDON RANDELL                    </u>

DEFENDANT'S ATTORNEY: <u>         MJ HADEN                           </u>

U.S.P.O.: <u>                     MICHAEL PENTANGELO                  </u>

PROCEEDINGS: (EVIDENTIARY HEARING) / FINAL DISPOSITION HEARING RE
             PETITION TO REVOKE SUPERVISED RELEASE
             HELD FEBRUARY 5, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:08 p.m. court convened.

<u>X</u> Defendant **ADMITTED** allegations <u>1-13 of the Petition to Revoke</u>
   <u>Supervised Release.                                            </u>

<u>X</u> FINAL DISPOSITION HEARING:

   <u>X</u> Supervised Release revoked.

   <u>X</u> Defendant imprisoned for a period of <u>9 months with credit</u>
      <u>for time served.                                            </u>

<u>X</u> Defendant remanded to the custody of the U.S. Marshal.

<u>X</u> OTHER: <u>Appeal rights given.                                  </u>

At 3:29 p.m. court adjourned.

DATE: <u>     February 5, 2007     </u>   DEPUTY CLERK'S INITIALS: <u>  amk  </u>