Case 3:97-cr-00088  VS  Document 157-1  Filed 02/0 )07  Page 1 of



MAR 27 2007
CLERK, U.S. DISTRICT
ANCHORAGE, A.K.

# UNITED STATES DISTRICT COURT
## District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2nd AMENDED JUDGMENT IN A CRIMINAL CASE** (For Revocation of Probation or Supervised Release) For Offenses Committed On or After November 1, 1987 |
| vs. | (Original Judgment filed 8/19/1997) |
| GREGORY WILKERSON. | Case Number: 3:97-cr-00088-JWS |
| | MJ Haden |
| | Defendant's Attorney |

Defendant's probation officer filed a petition on __04/07/2006__ accusing defendant of __13__ violations of the conditions of supervision provided in the original judgment. Defendant <u>admitted allegations 1-13 of the Petition to Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Mandatory | Positive UA | 08/23/05 | C |
| 2 | Mandatory | Positive UA | 09/01/05 | C |
| 3 | Mandatory | Positive UA | 09/06/05 | C |
| 4 | Mandatory | Positive UA | 09/23/05 | C |
| 5 | Mandatory | Positive UA | 10/19/05 | C |
| 6 | Mandatory | Positive UA | 10/24/05 | C |
| 7 | Mandatory | Positive UA | 11/04/05 | C |
| 8 | Mandatory | Positive UA | 11/18/05 | C |
| 9 | Mandatory | Positive UA | 12/08/05 | C |
| 10 | Mandatory | Positive UA | 12/13/05 | C |
| 11 | Mandatory | Positive UA | 01/13/06 | C |
| 12 | Mandatory | Positive UA | 01/19/06 | C |
| 13 | Mandatory | Positive UA | 04/03/06 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through __2__ of this 2nd amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

February 5, 2007
Date of Disposition Hearing

REDACTED SIGNATURE
Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT COURT
Name & Title of Judicial Officer

2-6-07
Date

Certified to be a true and correct copy of original filed in my office.
Dated 2/9/07
By ROMACK, Clerk
REDACTED SIGNATURE

AO245 REV

Case 3:97-cr-00088-JWS   Document 157-1   Filed 02/09/07   Page 2 of 2

Defendant: GREGORY WILKERSON          2ND Amended Judgment--Page 2 of 2
Case No.:  3:97-cr-00088-JWS

### IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>9 months with credit for time served</u>.

[_] The court makes the following recommendations to the Bureau of Prisons:

[X] The defendant is remanded to the custody of the United States Marshal.
[_] The defendant shall surrender to the United States Marshal for this district,
    [_] at _____ a.m./p.m. on _____.
[_] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    [_] before 2 p.m. on _____.
    [_] as notified by the United States Marshal.
    [_] as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on  3-1-07  to  FDC, Sheridan  at  Sheridan, Oregon , with a certified copy of this judgment.

                                Charles A. Daniels, Warden
                                United States Marshal
                            By  Debra K Patt, LTE
                                Deputy Marshal

AO245.REV

Case 3:97-cr-00088  VS  Document 158-1  Filed 02/0S  07  Page 1 of 1

DEFENDANT:        GREGORY WILKERSON
CASE NUMBER:      3:97-cr-00088-JWS
DISTRICT:

Total Offense Level: ___29___

**STATEMENT OF REASONS**

(Not for Public Disclosure)

Soc. Sec. No.:    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
Date of Birth:    06/05/1973

Residence Address :   1300 E. 4th Avenue
                      Anchorage, AK 99513

Mailing Address :     Same As Above

February 5, 2007
Date of Disposition/Hearing
REDACTED SIGNATURE

Signature of Judge

JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name and Title of Judge

2-6-07
Date Signed

AO245-REV